in 108 Misc. Rep. 724.) Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

GEORGE S. MAWHINNEY, Respondent, v. MILLBROOK WOOLEN MILLS, INC., Appellant.— Judgment unanimously affirmed, with costs, upon the opinion of Mr. Justice Kelby at Special Term. (Reported in 105 Misc. Rep. 99.) It seems to us, however, that the trial justice erred in formally granting plaintiff's motion to strike out the defenses and the evidence which had been received to sustain them. We conclude that with the amendment thereto granted at the trial the third defense was sufficiently pleaded, and that if the trial court had credited defendant's evidence that plaintiff extended defendant's time for delivery past November twenty-fourth, a finding sustaining that defense would have been warranted; but it appears from the opinion that the trial justice nevertheless did consider and weigh that evidence, and the same has been fully discussed here by counsel. Therefore, we restore that defense and evidence, and ourselves make the same findings and conclusions which the trial court made. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ. Order to be settled on notice before Mr. Justice Mills.

GUIVANI BALDICINI, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY and THE VILLAGE OF TARRYTOWN, Respondents.— Motion of plaintiff for leave to appeal to the Court of Appeals denied. Motion of Attorney-General for leave to intervene also denied, without prejudice to such a motion being made to the Court of Appeals, if the Court of Appeals shall grant to plaintiff the right to appeal. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

JOHN L. BERGEN, Appellant, v. ANDREW H. SUYDAM, Respondent.—Motion denied. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

JOSEPH BRANDEL, Respondent, v. ELIZABETH GRIBBIN and Others, Appellants.— Motion to dismiss appeal granted unless defendant perfect the appeal, and be ready to argue same on June 13, 1919, for which date this appeal is specially assigned. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

ARTHUR BUSHEL, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY and THE VILLAGE OF TARRYTOWN, Respondents.— Motion of plaintiff for leave to appeal to the Court of Appeals denied. Motion of Attorney-General for leave to intervene also denied, without prejudice to such a motion being made to the Court of Appeals, if the Court of Appeals shall grant to plaintiff the right to appeal. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

GEORGIANA L. CUSHMAN, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY and THE VILLAGE OF TARRYTOWN, Respondents.— Motion of plaintiff for leave to appeal to the Court of Appeals denied. Motion of Attorney-General for leave to intervene also denied, without prejudice to such a motion being made to the Court of Appeals, if the Court of Appeals shall grant to plaintiff the right to appeal. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

MICHAEL J. DUFFY and MARY J. DUFFY, Appellants, v. THE NEW YORK